

U.S. Department

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2021

May 7, 2021

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Lin, et al. v. Mayorkas, et al.*, No. 21 Civ. 2805 (AT)

Dear Judge Torres:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Refugee/Asylee Relative Petition (Form I-730). The Court has scheduled an initial conference in this case for June 1, 2021. *See* ECF No. 9. On behalf of the government, I write respectfully to request a one-month extension of time to respond to the complaint (*i.e.*, from June 7 to July 7, 2021). If the Court grants the request, the government requests that the initial conference be adjourned to the week of July 19, 2021, or thereafter.

The extension is respectfully requested because USCIS has scheduled an interview regarding plaintiffs' Form I-730 for May 26, 2021. The additional time is anticipated to allow USCIS to consider the information gathered at the interview together with other information, and then potentially take adjudicative action, which could render this action moot.

This is the government's first request to extend the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs consent to these requests. I also note that the parties, having conferred, do not consent to the jurisdiction of the magistrate judge. *See* ECF No. 11.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

---

GRANTED in part, DENIED in part. By **July 7, 2021**, the Government shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for June 1, 2021, is ADJOURNED to **June 30, 2021**, at **10:00 a.m.** By **June 23, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 10, 2021
New York, New York

ANALISA TORRES
United States District Judge